**Opinion issued October 7, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-14-00356-CR**
**NO. 01-14-00357-CR**

———————————

**DON ANTHONY LANG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 10**
**Harris County, Texas**
**Trial Court Case Nos. 1872431 & 1872432**

**MEMORANDUM OPINION**

On September 25, 2014, appellant, Don Anthony Lang, Jr., filed a motion to dismiss these appeals. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued in these cases. *See*

TEX. R. APP. P. 42.2(a), (b). Accordingly, we grant the motion and dismiss the appeals. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.

Do not publish. TEX. R. APP. P. 47.2(b).